IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00099-WYD

FERNANDEZ M. WHITE,

    Applicant,

v.

J. C. ZUERCHER, Warden,

    Respondent.

## **ORDER**

THIS MATTER comes before the Court on the Motion for Transfer of Custody Pending Review (docket #24), filed October 1, 2007.  On October 1, 2007, I issued a minute order (docket #25) allowing the applicant fifteen (15) days to respond to the Motion for Transfer of Custody Pending Review and warned him that if he failed within the time allowed to respond to the Motion for Transfer of Custody, the motion would be granted without further notice.  Applicant has failed within the time allowed to respond to the October 1, 2007 minute order or otherwise to communicate with the Court in any way.  Therefore, the "Motion for Transfer of Custody Pending Review" must be granted.  Accordingly, it is

ORDERED that the Motion for Transfer of Custody Pending Review (docket #24) is **GRANTED**.

Dated: October 24, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge